*(Circuit Court of Cook County.)*

### Anonymous.

(1872.)

Where a statute requires a notice to be published three weeks in a newspaper, it should be published in every issue of the paper during the three weeks; if a daily, once a day; if a weekly, once a week; and that a publication once a week in a daily paper is not a publication of three weeks, but only three days' publication.

FARWELL, J. :—

The statute says they should be published three weeks in a newspaper, and that ought to be, according to my view, every day during that three weeks on which the paper is published. If it is a weekly paper, once a week; if it is a daily paper, once a day. It ought to be published whenever the paper is published; but once a week in a daily paper, I do not think is good. I do not know whether there are any decisions on the question or not. I asked Judge Williams [1] about it, and he at once said he had no doubt about the question; that once a week publication in a daily paper is not a publication of three weeks, but is only three days.

[1] Judge Erastus S. Williams.—Ed.